

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0535-21

**MARTEL SHANIDI BLACK, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FOURTEENTH COURT OF APPEALS
## HARRIS COUNTY

*Per curiam*.

## O R D E R

A jury convicted Appellant of assault and assessed punishment at 120 days in county jail, probated for 31 days. The Fourteenth Court of Appeals affirmed the conviction. *Black v. State*, No. 14-20-00470-CR (Tex. App. — Houston [14th], delivered May 27, 2021). On July 22, 2021, Appellant filed a petition for discretionary review. However, Appellant has died and counsel for Appellant has filed a motion to dismiss the petition for discretionary review and permanently abate the appeal.

Under Tex.R. App. Pro. 7.1(a)(2), if an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated. See also *Graham v. State*, 991 S.W.2d 802 (Tex. Crim. App. 1998). Therefore, Appellant's motion is granted, Appellant's petition for discretionary review is dismissed, and the Fourteenth Court of Appeals is directed to withdraw its prior opinion and permanently abate the appeal of this case.

Delivered: August 25, 2021
Do not publish